IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MERCIS B.V.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-2058

Judge Robert W. Gettleman

Magistrate Judge Sheila M. Finnegan

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 575 | Nevsky1982 Store |
| 134 | Stars of the world |
| 61 | lovestore2019 |
| 16 | imissyou1882013 |
| 18 | meihaochenguang2018 |
| 165 | Meccion |
| 126 | nbxcl |
| 132 | Shenzhen Kaigeli Trading Co., Ltd. |
| 255 | Bighomeshop Store |
| 309 | Dear~Baby Store |
| 644 | Shenzhen RDF Store |
| 9 | Metoo Dolls Store |
| 6 | Habao Store |
| 458 | Jolin Decor Painting Store |

| | |
|---|---|
| 597 | PANGDADA Wall Prints Store |
| 482 | KOMAY ART Store |
| 209 | Anime_gift Store |
| 699 | Shop4660013 Store |

DATED:  June 1, 2019            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 1, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                 */s/ Keith A. Vogt*
                                                 Keith A. Vogt