IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MERCIS B.V.,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-2058

Judge Robert W. Gettleman

Magistrate Judge Sheila M. Finnegan

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 626 | Relaxing Store |
| 525 | Make Your Meaning Funy Store |
| 573 | Nevergrow old Store |
| 510 | love city love life6868 |
| 176 | A beautiful world emarket6699 |
| 668 | Shop3092029 Store |
| 740 | Teddys Bears Store |
| 417 | Hodor Store |
| 441 | International home garden store |
| 259 | BlueHome Store |
| 432 | IHONG Store |
| 673 | Shop3878130 Store |
| 725 | Sundy Store |
| 730 | Super sweetheart store |
| 327 | Elegant Poetry Art Store |
| 437 | iMon Store |
| 337 | Ethnic Clothing Store |
| 338 | EthnicScarf Store |
| 311 | delivery to worldwide Store |
| 392 | HANDANWEIRAN Store |
| 511 | Love in Shopping |

| | |
|---|---|
| 445 | ISNOW Decor Store |
| 513 | Love Painting |
| 596 | Painting Stores |
| 635 | Sconedia Art Printing Store |
| 674 | Shop3990036 Store |
| 376 | Good Deal Store |
| 793 | YAZI Factory Store |
| 316 | DJ Dance Costume Store |
| 757 | Two girls one dream E-afford Store |
| 257 | BLINGIRD ZM Poster Painting Store |
| 179 | ACE's Shopping Center |
| 637 | Senha Store |
| 610 | Princess jewelrys Store |
| 242 | BARGAIN HUNTERS Store |
| 363 | Frank's Shop Store |
| 221 | AWOO Official Store |
| 405 | H-a-p-p-y- Life Store |

DATED:  June 23, 2019

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 23, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt