IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MERCIS B.V.,

    Plaintiff,

    v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-2058

Judge Robert W. Gettleman

Magistrate Judge Sheila M. Finnegan

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 343 | Fairry Tale World Store |
| 454 | JK2 Factory |
| 414 | HG Textiles Party Supplies Store |
| 743 | The Four Treasures of Study Store |
| 627 | Rolling Pompons Store |
| 450 | Jennifer's Commodity Store |
| 266 | Breeze toy Store |
| 387 | H & M LuB-an Store |
| 382 | Grape0368 Fashion |
| 555 | Moonlight Beach Store |
| 434 | ImbibeInk Costume Store |
| 435 | ImbibeInk 's Store |
| 230 | Baby Of Liberty |
| 378 | Good Price Wholesale |

| | |
|---|---|
| 278 | Child Kingdom |
| 566 | My Baby Store |
| 354 | Fine gift store |
| 208 | Anime lover |
| 577 | Newborn Babies Store |
| 517 | luck lucia Store |
| 293 | ColorfulTime C Store |
| 582 | NO Name Faimily Store |
| 224 | baby 2017 Store |
| 413 | HEY, BABY Store |
| 572 | Naughty child Store |
| 701 | Shop4769023 Store |
| 264 | Boutique of small bones Store |
| 620 | Quality creativity Store |
| 174 | 5value |
| 681 | Shop4391115 Store |
| 656 | Shop2397093 Store |

DATED:  July 6, 2019

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 6, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt