**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MERCIS B.V.,

       Plaintiff,                                Case No.: 1:19-cv-2058

       v.                                      Judge Robert W. Gettleman

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Sheila M. Finnegan
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

       Defendants.

## <u>NOTICE OF DISMISSAL</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 85 | xiuxiu128 |
| 196 | ALSMT4 Store |

DATED: July 15, 2019                      Respectfully submitted,

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt (Bar No. 6207971)
                                        Keith Vogt, Ltd.
                                        1033 South Blvd., Suite 200
                                        Oak Park, Illinois 60302
                                        Telephone: 708-203-4787
                                        E-mail: keith@vogtip.com

                                        ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 15, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

          */s/ Keith A. Vogt*
          Keith A. Vogt