# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

MERCIS B.V.,

      Plaintiff,                                      Case No.: 1:19-cv-2058

      v.                                           Judge Robert W. Gettleman

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge Sheila M. Finnegan
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 565 | MXLUODX Official Store |
| 448 | jamesshop |
| 702 | Shop4793041 Store |
| 247 | Beautiful Good Loves |
| 491 | LCIZRONG Store |
| 806 | YiWu SKS Pet Products Co.,Ltd Store |
| 564 | MUYOU Store |
| 304 | CYZQ Store |

DATED:  July 21, 2019                Respectfully submitted,

                                          */s/ Keith A. Vogt*
                                          Keith A. Vogt (Bar No. 6207971)
                                          Keith Vogt, Ltd.
                                          1033 South Blvd., Suite 200
                                          Oak Park, Illinois 60302
                                          Telephone: 708-203-4787
                                          E-mail:  keith@vogtip.com

                                          ***ATTORNEY FOR PLAINTIFF***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 21, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt