**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MERCIS B.V.,

      Plaintiff,                            Case No.: 1:19-cv-2058

      v.                                Judge Robert W. Gettleman

THE PARTNERSHIPS AND
UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",                 Magistrate Judge Sheila M. Finnegan

      Defendants.

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on June 27, 2019 [46] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|-----|-----------|
| 729 | Sunshine Kids Apparel store |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: December 4th, 2019          Respectfully submitted,


Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com
**ATTORNEY FOR PLAINTIFF**


Subscribed and sworn before me by Yanling Jiang, on this 4 th day of December, 2019.

Given under by hand and notarial seal.


MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

Michael Severt
Notary Public


State of ____ILLinoiS____

County of ____CooK____